Application **GRANTED**.  The initial pretrial conference scheduled for December 20, 2023, is adjourned to **January 24, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **January 17, 2024**.

Dated: December 13, 2023
       New York, New York

*(signature)*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 11, 2023

Re:   **Linda Slade v. Flipp Operations US Inc.**
      **Case No. 23-cv-9799-LGS**
      **Motion to Adjourn Conference and Extend Deadline to file Documents**

Dear Judge Schofield:

    The undersigned represents Linda Slade, the Plaintiff in the above-referenced case.  On November 8, 2023, Your Honor issued an Order scheduling an Initial Conference for December 20, 2023 at 4:00 p.m. and directing the parties to file a joint letter and a joint Proposed Civil Case Management Plan and Scheduling Order ("CMP") by December 13, 2023.

    Defendant was served on November 16, 2023 [See Docket #6]. Defendant's deadline to answer was December 7, 2023. As service was made through Defendant's registered agent, it is not unusual for Defendants to receive late notice of an action.

    I will make efforts to reach out to Defendant by other means to ensure that they are aware of this action. Consequently, I respectfully request that the December 20, 2023 Initial Conference be adjourned for 30 days in the hopes that Defendant may still appear. If Defendant continues to ignore this lawsuit by the adjourned date, I will seek a default judgment.

    No prior request for this relief has been made.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Dan Shaked*
Dan Shaked, Esq.

cc: Flipp Operations US Inc. (via first-class mail)